

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00491-CV

**MODIVCARE SOLUTIONS,** LLC formerly known as LogistiCare Solutions, LLC; and ModivCare Solutions, Inc. formerly known as Providence Service Corporation,
Appellants

v.

Andrew Nathan **VIERA** and Adela Garza,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-20-17
Honorable Baldemar Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, appellants' motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against Appellants ModivCare Solutions, LLC and ModivCare Solutions, Inc.

SIGNED November 23, 2022.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice